THE STATE OF OHIO, APPELLEE, *v.* GLENN, APPELLANT.

[Cite as State *v.* Glenn (1987), 33 Ohio St. 3d 601.]

(No. 85-877—Decided October 7, 1987.)

ON MOTION FOR CONTINUANCE OF STAY OF EXECUTION.

Stay granted pursuant to the new policy of this court that in all death penalty cases, where a motion for stay of execution pending exhaustion of state post-conviction proceedings has been filed, a stay will be granted for a period of six months during which time period a petition for post-conviction relief must be filed. No further time will be granted except in unusual circumstances. Absent such a filing within said time period, such stay will expire. If a petition for post-conviction relief has been filed within the time allotted, the previous stay granted shall remain in effect until exhaustion of all state post-conviction proceedings, including any appeals.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

IN RE RESIGNATION OF FISTER.

[Cite as In re Resignation of Fister (1987), 33 Ohio St. 3d 601.]

(D.R. No. 87-6—Decided October 21, 1987.)

The resignation of William E. Fister from the practice of law in the state of Ohio is accepted.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.